

2341 Jefferson Street, Suite 200
San Diego, California 92110

November 13, 2024

**VIA ECF**
The Honorable Kenneth M. Karas, U.S. District Court, Southern District of New York

**Re:** *Pellegrino v. The Procter & Gamble Co.* **(No. 23-cv-10631) (KMK)**

Dear Judge Karas:

As requested during the November 13, 2024 telephonic hearing on The Procter & Gamble Company's Motion to Transfer or Stay This Action, attached please find the (1) Joint Stipulated Request for an Order Granting Plaintiff Leave to File a Second Amended Complaint and Setting Associated Deadlines; (2) Declaration of Melanie Persinger in Support of Stipulated Request for Order Granting Leave to File a Second Amended Complaint and Setting Associated Deadlines; and (3) Order Granting Stipulated Request for Leave to File a Second Amended Complaint and Setting Associated Deadlines, filed in *Amado v. The Procter & Gamble Co.*, No. 3:22-cv-5427-MMC (N.D. Cal.).

Respectfully Submitted,

Jack Fitzgerald

cc: Courtlin H. Lannin (via ECF)

